# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.     (RBW)** |
| | : | |
| v. | : | **VIOLATION: 21 U.S.C. § 846** |
| | : | (Conspiracy to Distribute and Possess With |
| | : | Intent to Distribute 280 Grams or More |
| **GREGORY MARTIN,** | : | of Cocaine Base) |
| also known as "Donald Green," | : | |
| | : | **21 U.S.C. § 853** |
| | : | (Criminal Forfeiture) |
| **Defendant.** | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

From in or about June 2009, and continuing up to and including August 2011, within the District of Columbia and elsewhere, **GREGORY MARTIN,** also known as **"Donald Green,"** did knowingly and willfully combine, conspire, confederate and agree together with ESPEY BROWN, JR., also known as "Spey," and other persons, both known and unknown to the United States, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 280 grams or more, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846)

## FORFEITURE ALLEGATION

1. The violation alleged in Count One of this Information, unlawful **Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846, is re-alleged and incorporated by reference herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count One, the defendant in this Information, **GREGORY MARTIN,** also known as **"Donald Green,"** shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violation, and any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

   (a) Money Judgment:

   (i) judgment in favor of the United States of America to be entered against defendant for the sum of at least one million dollars and no cents ($1,000,000.00), which is equal to the value of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense, unlawful **Conspiracy to Distribute and Possess with Intent to Distribute 280 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Section 846, for which the defendant is jointly and severally liable.

By virtue of the commission of the felony offense charged in Count One of this Information, any and all interest that the defendant has in the property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the charged conspiracy, and any of defendant's property used or intended to be used, to facilitate the charged conspiracy, is vested in the United States and hereby forfeited to the United States pursuant to Title 21, United States Code, Section

853.

    3.    If any of the property described above as being subject to forfeiture pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property that cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of said property listed above as being subject to forfeiture.

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 447889

By: _____
KENNETH F. WHITTED
Assistant U.S. Attorney
D.C. Bar No. 430346
555 4th Street, N.W., Suite 4820
Washington, D.C. 20530
(202) 252-7722